IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMIR MIRESKANDARI, LUXEYARD, INC. and LY RETAIL, LLC, § § § Plaintiffs, § § v. § § KEVAN CASEY, JINSUN, LLC, TOMMY ALLEN, and THE JRG TRUST, § § § Defendants. § | Civil Action No. 4:18-cv-01904 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Plaintiffs' Notice of Voluntary Dismissal Without Prejudice filed on July 9, 2018, the above-captioned action shall be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

The Clerk shall send a true copy to all counsel of record.

Signed this 10th day of July, 2018.

HON. LEE H. ROSENTHAL
Chief Judge, United States District Court

{HD094647.1}